# CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Michael S. Gholson**   SS#: **xxx-xx-6568**   Net Monthly Earnings: **872.38**

**Teresa L. Gholson**   SS#: **xxx-xx-5492**   Number of Dependents: **0**

1. Plan Payments:
   (   ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

   ( **X** ) Payroll deduction Order: To **Hopco Food Service** for
   $ **422.31** ☐ weekly ☐ bi-weekly ☒ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **48,703.20**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| IRS | Taxes and certain other debts | $646.00 | $11.96 |

   B. Total Attorney Fee: $ **2,750.00** ; **$500.00** paid pre-petition; $ **950.00** to be paid at confirmation and $ **420.00** per month thereafter until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Chase | $68,052.00 | ☐ by Trustee ☒ by Debtor $623.00 | November 2010 | $1,337.96 | N/A | 0.00% | $24.78 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Citifinancial | $92.35 | $9,235.24 | $111,900.00 | $0.00 | 809 11th Street Pleasant Grove, Alabama 35127 | 0.00% | $171.02 | May 2011 |
| Ford Motor Credit | $81.48 | $8,148.00 | $8,148.00 | $0.00 | 2006 Ford Freestyle (69,000 miles) | 5.25% | $169.74 | May 2011 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

   ☐ This is an original plan.

   ☒ This is an amended plan replacing plan dated **December 29, 2010**.

   ☐ This plan proposes to pay unsecured creditors ____ %.

   ☒ Other Provisions: *****Debtor proposes the plan to be paid as a pot plan with $25,487.60 going to unsecured creditors who file a timely and valid proof of claim.**

   **Debtor will provide copy of tax returns for each year following date of filing to Trustee by the 15th of may each year. Should Debtor receive a tax refund in any year from the date of filing through discharge or dismissal of this case debtor will tender refund to the Chapter 13 Trustee within 30 days of receipt thereof to be paid to the creditors pursuant to the Confirmation Order. The Trustee may modify the percentage paid to unsecured creditors based upon receipts of future tax refunds.**

Name/Address/Telephone/Attorney for Debtor (s)   Date **February 9, 2011**   **/s/ Michael S. Gholson**

**/s/ Paula C. Greenway**   **Michael S. Gholson**
**310 North Richard Arrington Jr. Blvd.**   Signature of Debtor
**Suite 400**   **/s/ Teresa L. Gholson**
**Birmingham,, AL 35203**   **Teresa L. Gholson**
Telephone # **205-324-4000**   Signature of Debtor

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama

In re: **Michael S. Gholson**
**Teresa L. Gholson**
Debtor(s)

Case No. **10-06950**
Chapter **13**

# CERTIFICATE OF SERVICE

I hereby certify that on **February 9, 2011**, a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- Advance America
- Americas First Cred Un
- Barry Friedman, Esq.
- Cash Flow
- Cash Max
- Chase
- Chase
- Chase
- Chase
- Chase
- Chase
- Check N Go
- Citi
- Citifinancial
- Easy Money
- Ford Motor Credit
- Gemb/Belk
- Gemb/Ge Money Bank Low
- Gemb/Old Navy
- Hsbc Bank
- Hsbc/Bstby
- IRS
- One Stop Cash
- QC Financial Services, Inc.
- Sears/Cbsd
- The Money Store
- Wff Cards
- Wfnnb/Goodys
- Zarzaur & Schwartz, PC

/s/ Paula C. Greenway
**Paula C. Greenway**
Paula C. Greenway
310 North Richard Arrington Jr. Blvd.
Suite 400
Birmingham,, AL 35203
205-324-4000 Fax:205-326-1150
paula@greenwaylaw.com